IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUDY K. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-06-741-R |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered May 15, 2007 [Doc. No. 20]. No Objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 20] of the Magistrate Judge is ADOPTED in its entirety, the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED for further proceedings consistent with the Report and Recommendation.

**IT IS SO ORDERED this 7th day of June, 2007.**

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE