# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUDY K. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-06-741-R |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered October 3, 2007. Doc. No. 29. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 29] is ADOPTED, Plaintiff's application for an award of attorney's fees pursuant to the EAJA [Doc. No. 24] is GRANTED and Defendant is ORDERED to pay to Plaintiff $4,143.60 in fees under the EAJA.

**It is so ordered this 31st day of October.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE